IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MIDTOWN PARK DEVELOPMENT, LTD., | § | CASE NO. 09-32399-H5-11 |
| | § | (CHAPTER 11) |
| DEBTOR. | § | |

## NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Winstead PC ("Winstead") appears on behalf of JKC & Associates, Inc. and hereby submits this notice of appearance in the above-captioned proceeding and requests notice of all hearings and conferences herein and makes a demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 3017, 9007 and 9010 and §1109(b) of the Bankruptcy Code. All notices given or required to be given in this case shall be given to and served upon Winstead at the following address:

> Justin Presnal
> WINSTEAD PC
> 1100 JPMorgan Chase Tower
> 600 Travis Street
> Houston, Texas  77002
> Telephone: (713) 650-8400
> Facsimile: (713) 650-2400
> jpresnal@winstead.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and section of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial affairs, operating reports, any plan of reorganization or disclosure statement, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, discovery request, deposition notice, whether formal or informal, whether written or oral, and

whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court or judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any proceedings related thereto.

**DATED:**  May 13, 2009.

>
> Respectfully submitted,
>
> **WINSTEAD PC**
> 1100 JPMorgan Chase Tower
> 600 Travis Street
> Houston, Texas 77002
> (713) 650-8400
> (713) 650-2400 (Facsimile)
>
> By:   */s/Justin Presnal*
>          Justin Presnal
>          State Bar No. 00788220
>
>
> **ATTORNEYS FOR JKC & ASSOCIATES, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2009, a true and correct copy of the foregoing Notice of Appearance was electronically mailed to the parties that are registered or otherwise entitled to receive electronic notices in this case pursuant to the Electronic Filing Procedures in this District.

>   */s/Justin Presnal*
> One of Counsel

Houston_1\1015590\1
49546-1 5/1/2009