

ENTERED
09/14/2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: §
MIDTOWN PARK DEVELOPMENT, LTD. § CASE NO: 09-32399
    Debtor(s) §
§ CHAPTER 11

## ORDER AND NOTICE FOR HEARING ON DISCLOSURE STATEMENT

To the debtor, creditors, and other parties in interest:

A disclosure statement and plan under chapter 11 of the Bankruptcy Code was filed by the debtor on July 16, 2009.

**IT IS ORDERED AND NOTICE IS GIVEN THAT:**

1. The hearing to consider approval of the disclosure statement will be held at the following place and time:

   Address: U.S. Bankruptcy Court
   515 Rusk Avenue
   Houston, Texas 77002

   Date and Time: October 15, 2009 at 09:30 a.m.

   Courtroom: 403, 4th Floor

2. The last date to file and serve written objections to the disclosure statement pursuant to Rule 3017(a) is fixed as: September 30, 2009

3. Within 3 days after entry of this order, the plan proponent shall transmit a copy of the disclosure statement and plan, and a copy of this hearing notice to the debtor, trustee, each committee appointed pursuant to § 1102 of the Code, the Securities and Exchange Commission, all creditors and any party in interest who has requested or requests in writing a copy of the disclosure statement and plan, as per Rule 2002(b).

4. Requests for copies of the disclosure statement and plan should be directed to:

   Calvin Braun
   3401 Allen parkway, Suite 101
   Houston, Texas 77019
   713 521-0800

SIGNED 09/14/2009.

Karen K. Brown
United States Bankruptcy Judge

1 / 1

# CERTIFICATE OF NOTICE

```
District/off: 0541-4          User: hler              Page 1 of 1            Date Rcvd: Sep 14, 2009
Case: 09-32399                Form ID: pdf001         Total Noticed: 11

The following entities were noticed by first class mail on Sep 16, 2009.
db           +Midtown Park Development, Ltd.,    P.O. Box 833,    League City, TX 77574-0833
cr           +Brazoria County Tax Office,    111 East Locust Rm 100-A,    Angleton, TX 77515-4682
cr           +L F Goza,    811 Dallas, Suite1407,    Houston, TX 77002-5913
6196767      +Adair & Myers, P.L.L.C.,    3120 Southwest Freeway,    Ste. 320,    Houston, Texas 77098-4511
6196768       Bud Goza,    811 Dallas, Suite 1407,    Houston, Texas 77002-5913
6196769      +James Williams Freyer,    Attorney at Law,    14200 Gulf Freeway, Suite 101,
               Houston, Texas 77034-5361
6196770      +Meyer, Knight & Williams,    8100 Washington, Suite 1000,    Houston, Texas 77007-1059
6196771       Midtown Park Development, Ltd.,    P. O. Box 833,    League City, Texas 77574-0833
6380790      +Oppel Goldberg & Williams, PLLC,    1010 Lamar, Suite 1420,    Houston, TX 77002-6315
6196772      +Ro'Vin Garrett, RTA,    Brazoria County Tax Assessor-Collector,    111 E. Locust,
               Angleton, Texas 77515-4642
6196773      +Texcor Construction Services, Inc.,    P. O. Box 2054,    League City, Texas 77574-2054

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            JKC & Associates, Inc.
6422850       JKC & Associates, Inc.
                                                                                         TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2009**             **Signature:**        _Joseph Speetjens_